UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CRAIG JOSEPH AUCOIN** | **CIVIL ACTION NO. 21-3686** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **MADISON CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, together with the Objection [Doc. No. 24] filed by Plaintiff Craig Joseph Aucoin, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted:

(1) Plaintiff Craig Joseph Aucoin's claims against MPCC;

(2) Plaintiff's claims against Williams concerning: (a) threatening him with lockdown; (b) a three-month delay in blood work; (c) not receiving a prescribed increased dosage of Robaxin, a refill of Robaxin and Cymbolta prescriptions after September 11, 2021, enough Robaxin on October 18, 2021, any Robaxin after November 30, 2021, any Prilosec after December 18, 2021, and any Cymbalta after December 30, 2021; (d) failing to transfer Plaintiff to another facility; and (e) housing Plaintiff in general population instead of in a medical dormitory;

(3) Plaintiff's Section 1983 claims against Medical Company MCC and Security Management, LLC;

(4) Plaintiff's claims against the Warden of MPCC;

(5) Plaintiff's claims: (a) that Jane Does did not ensure that he received Prilosec medication after July 18, 2021; (b) that on October 11, 2021, a Jane Doe told him that his medication "hadn't come in[,]" that it was ordered, and that she

would order it again; (c) that on October 18, 2021, Jane Doe 4 "called a nurse practitioner to lower [his] dosage of Robaxin because she thought [he] was getting too much"; (d) that on November 7, 2021, Jane Doe 4 told him that a nurse practitioner was ending his Robaxin medication on November 14, 2021; (e) that on November 30, 2021, he did not receive any Robaxin; (f) that on December 27, 2021, Jane Doe 4 stated that she would no longer supply him with Prilosec and that he would have to obtain it through the commissary; and (g) Plaintiff's Section 1983 claims against Jane Doe 1 for failing to "order medications in a timely manner[,]" failing to ensure that he received medications once they arrived, and failing to "follow up on medications that [were] ordered but not delivered";

(6) Plaintiff's claims against John Doe MCC, the DOC, Secretary James LeBlanc, and DOC Does 1, 2, 3, and 4;

(7) Plaintiff's request for a transfer.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for medical parole is **DISMISSED WITHOUT PREJUDICE** to his right to pursue the relief in a separate habeas corpus proceeding after he exhausts all of his state remedies.

MONROE, LOUISIANA, this 30th day of March 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE