UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CRAIG JOSEPH AUCOIN                       CIVIL ACTION NO. 21-3686

                                          SECTION P
VS.
                                          JUDGE TERRY A. DOUGHTY

MADISON CORRECTIONAL CENTER,              MAG. JUDGE KAYLA D. MCCLUSKY
ET AL.

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 124] having been

considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Craig Joseph

Aucoin's claims against Correct Care Solutions are **DISMISSED WITHOUT PREJUDICE**

under Federal Rule of Civil Procedure 4(m).

MONROE, LOUISIANA, this 5th day of December 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE